JEA:kje

# United States District Court
### STATE AND DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

V.

JOSE FRANCISCO MUNOZ-TERAN

**CRIMINAL COMPLAINT**
Case Number:

12-mj-761 TNL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about October 8, 2011, in Big Stone County, in the State and District of Minnesota, Defendant did move and travel in interstate and foreign commerce from the State of Minnesota to Mexico and elsewhere with intent to avoid prosecution, custody or confinement, under the laws of the State of Minnesota for the crimes of: Murder in the First Degree, in violation of Minnesota State Statute Section 609.185(a); Murder in the First Degree, in violation of Minnesota State Statutes Section 609.185(a)(6); Murder in the Second Degree, in violation of Minnesota State Statutes Section 609.19 subd. 1(1); Murder in the Second Degree, in violation of Minnesota State Statutes Section 609.19 subd. 2(1); and

in violation of Title 18, United States Code, Section 1073.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant
Chad Schliepsiek, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence,

Nov. 16, 2012          at    St. Paul, MN
Date                               City and State

The Honorable Tony N. Leung
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

**SCANNED**
NOV 19 2012
U.S. DISTRICT COURT ST. PAUL

STATE OF MINNESOTA )
                                 ) ss.   **AFFIDAVIT OF CHAD SCHLIEPSIEK**
COUNTY OF RAMSEY )

I, Chad Schliepsiek, Special Agent of the Federal Bureau of Investigation, after being duly sworn, from personal knowledge and from other information received from individuals, agents and officers, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) at St. Cloud, Minnesota, having been so employed with the FBI since February 23, 2003. I am assigned to the St. Cloud Resident Agency and investigate, among other things, federal violations involving Unlawful Flight to Avoid Prosecution.

2. This affidavit is in support of a criminal indictment charging Jose Francisco Munoz-Teran ("Defendant") with Unlawful Flight to Avoid Prosecution in violation of Title 18, United States Code, Section 1073.

3. I have reviewed a felony indictment charging Defendant in Big Stone County, Minnesota, with several counts of murder committed on or about October 6 or October 7, 2011. The murder involves the death of Defendant's wife, Renata Fernandez-Ramon ("Renata") while they were living together in Ortonville, Minnesota.

4. The indictment specifically charges: one count of Murder in the First Degree in violation of Minnesota State Statutes Section 609.185(a); one count of Murder in the First Degree in violation of Minnesota State Statutes Section 609.185(a)(6); one count of Murder in the Second Degree in violation of Minnesota State Statutes Section 609.19

1

subd.1(1); and one count of Murder in the Second Degree in violation of Minnesota State Statutes Section 609.19 subd. 2(1). In addition, I have reviewed a Big Stone County, Minnesota arrest warrant for Defendant issued on October 23, 2012

5. Defendant and his wife had two children. It appears that Defendant had a history of domestic abuse against his wife Renata.

6. October 6, 2011, Renata spoke with her friend J.S. and informed her that she planned to attend a birthday party on October 8, 2011 that J.S. organized for her husband. Renata, however, never arrived for the birthday party and October 6, 2011 was the last day anyone heard from Renata.

7. On October 7, 2011, Defendant called his place of employment and made arrangements to pick up his most recent paycheck. Defendant then went to his children's elementary school in Ortonville, Minnesota and told officials he was moving back to Mexico. This is the first time the children's teacher and/or the principal had any knowledge the kids were being removed from school. When the two children were informed that their father was picking them up to move back to Mexico, they too were surprised to hear this information. Defendant took the children's school records and left the school.

8. On the evening of October 7, 2011, Defendant and the two children did not stay at their house in Ortonville, rather, they stayed at a friend's residence in Morris, Minnesota. This was despite the fact that on October 4, 2011, Defendant had paid the apartment rent for the month of October. When Defendant stayed at the friend's house in

Morris, Minnesota, Defendant claimed Renata Fernandez-Ramon had stayed back at their apartment in Ortonville, Minnesota.

9. On October 8, 2011, Defendant and his two children left the residence in Morris, Minnesota. Phone records revealed that a phone number associated with Defendant, phone # 320-304-5155, began bouncing off towers outside of Ortonville, Minnesota on October 8. Over a three day period the phone bounced off towers heading in a southwest direction across the United States eventually ending up Tijuana on October 11, 2011.

10. On October 17, 2011, Defendant called T.M. from that 320-304-5155 number and stated he was in Tijuana at his brothers' residence and he claimed his wife Renata had left with an unknown female.

11. On November 9, 2011, T.M. reported Renata missing to law enforcement. On November 21, 2011, Bureau of Criminal Apprehension ("BCA") Crime Scene Team processed the last known residence of Defendant and Renata in Ortonville, Minnesota. In summary, blood spatter was located within the bedroom, as well as a partial blood print on a doorknob on the bedroom door. One pair sweatpants with apparent blood and cockleburs, along with a baseball bat with apparent blood were located in a storage locker. Also within the same storage locker was a large majority of Renata and her children's clothing and personal items. This included Renata's license, passports, and credit cards.

3

12. On November 23, 2011, law enforcement in Big Stone County received information from a deer hunter of a possible grave site. On November 24, 2011, the BCA processed the site in Big Stone County and found the body of Renata.

13. On November 25, 2011, Dr. Froloff conducted a forensic autopsy of Renata. Dr. Froloff concluded Renata had traumatic head injuries along with indications of a broken hyoid and affixation. Renata cause of death is traumatic head injuries; matter of death is homicidal violence. Renata was identified by a tattoo along with dental work at the autopsy.

14. Investigators have spoken to Renata's relatives in Mexico. According to those relatives, while Defendant was in Mexico he learned that authorities discovered Renata's body in Minnesota. When Defendant learned of the discovery he stated words to the effect that he "was screwed" and Defendant thereafter left that area of Mexico. According to Renata's relatives, Defendant has "disappeared" since he learned that Renata's body was found. It is believed that Defendant's sister took him to some unknown location in Mexico.

15. Numerous attempts have been made to speak with Defendant's relatives in Mexico. Those relatives claim they have no idea where Defendant is residing.

16. To date, law enforcement cannot locate Defendant in Minnesota.

17. The above is known to the undersigned to be true through reliable information obtained from the results of the investigation conducted by Minnesota Bureau of Criminal Apprehension, Big Stone County Sheriff's Office, and the FBI.

18. Based on the foregoing, I believe defendant, Jose Francisco Munoz-Teran, traveled in interstate commerce and fled the State of Minnesota to avoid prosecution for, or to avoid further custody or confinement for, the felony offenses of Murder. Said flight conduct perpetrated by Defendant is in violation of United States Code, Title 18, § 1073, Unlawful Flight to Avoid Prosecution, Custody, or Confinement.

Further your affiant sayeth not.

Chad Schliepsiek, Special Agent
Federal Bureau of Investigation
St. Cloud, Minnesota

Subscribed and sworn to before me
this 16th day of November, 2012.

The Honorable Tony N. Leung
United States Magistrate Judge

5